```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON BROWN,

               Plaintiff,

-against-

FIRST SAVINGS BANK, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC,

               Defendants.

1:22-cv-05189-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that Plaintiff has reached a settlement in principle with Defendant Experian Information Solutions, Inc. only [ECF No. 47]. Accordingly, IT IS HEREBY ORDERED that this action is dismissed as against Defendant Experian Information Solutions, Inc. only without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by September 19, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: August 19, 2022
      New York, NY

                                                       MARY KAY VYSKOCIL
                                                    United States District Judge